**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| CEDRIC CHRISTOPHER EDISON, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-06-1019 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action

is DISMISSED without prejudice.

SIGNED at Houston, Texas, on  April 21, 2006.


                                        MELINDA HARMON
                                  UNITED STATES DISTRICT JUDGE

1